

Signed and Filed: April 09, 2010

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:  )  Bankruptcy Case No. 10-30461
        )  Chapter 7
LETICIA B. RAMOS,  )
        )
          Debtor.  )
_____)

**ORDER GRANTING DEBTOR'S MOTION TO REINSTATE BANKRUPTCY CASE**

On February 11, 2010, Debtor filed the above-captioned bankruptcy case. The case was dismissed on February 23, 2010 due to Debtor's failure to file a statement of social security number. The case was closed on March 26, 2010. On April 3, 2010, Debtor filed a motion to reinstate her bankruptcy case, contending that the failure to file the social security number statement was due to inadvertence of counsel.

Upon due consideration, the court hereby orders as follows:

(1) The motion to reinstate is granted, conditioned upon Debtor's payment of the $260 fee to reopen the bankruptcy case.

(2) The automatic stay imposed by 11 U.S.C. § 362 shall have no effect on acts by creditors taken between the dismissal of this case and the date of entry of this order.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | Court Service List |
| 2 | Leticia B Ramos |
|   | 2 Moneta Court |
| 3 | San Francisco, CA 94112 |
| 4 | George Holland, Jr. |
|   | Law Office of George Holland Jr. |
| 5 | 1970 Broadway St. #1030 |
|   | Oakland, CA 94612 |
| 6 | |
| 7 | |
|   | PLEASE SERVE ALL CREDITORS |
| 8 | |