

Signed and Filed: April 12, 2010

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>LETICIA B. RAMOS,<br><br>        Debtor. | Bankruptcy Case No. 10-30461<br>Chapter 7 |

**AMENDED ORDER GRANTING DEBTOR'S MOTION TO REINSTATE BANKRUPTCY CASE**

On February 11, 2010, Debtor filed the above-captioned bankruptcy case. The case was dismissed on February 23, 2010 due to Debtor's failure to file a statement of social security number and failure to file the list of creditors as required by 11 U.S.C. § 521(a)(1) (the Creditors Matrix). The case was closed on March 26, 2010. On April 3, 2010, Debtor filed a motion to reinstate her bankruptcy case, contending that the failure to file the social security number statement was due to inadvertence of counsel. On April 9, 2010, the court entered an order granting the motion to reinstate (the Order), conditioned upon Debtor's payment of the $260 reopen fee. The Order did not set a deadline for Debtor to file the Creditors Matrix. On April 9, 2010, Debtor paid the reopen fee.

Upon due consideration, the court hereby amends the Order as follows:

1   (1) By no later than April 19, 2010, Debtor shall file a
2 properly completed Creditors Matrix.
3   (2) If Debtor fails timely and fully to comply with paragraph
4 (1) of this order, her bankruptcy case will be dismissed without
5 further notice or hearing.
6   (3) All other provisions of the Order shall remain fully
7 effective.

**\*\*END OF ORDER\*\***

1 | Court Service List

2 Leticia B Ramos
  2 Moneta Court
3 San Francisco, CA 94112

4 George Holland, Jr.
  Law Office of George Holland Jr.
5 1970 Broadway St. #1030
  Oakland, CA 94612

6

7
  PLEASE SERVE ALL CREDITORS
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-