# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: mwalker | Date Created: 4/13/2010 |
| Case: 10−30461 | Form ID: pdfeoc | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SF      USTPRegion17.SF.ECF@usdoj.gov
tr       Andrea A. Wirum      trustee@wirum.com
aty      George Holland, Jr.      hlfirm@gmail.com

                                                                                                                       TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Leticia B Ramos      2 Moneta Court      San Francisco, CA 94112
cr       GE Money Bank      c/o Recovery Management Systems Corp.      25 SE 2nd Avenue, Suite 1120      Miami, FL 33131−1605

                                                                                                                                TOTAL: 2