

**Signed and Filed: April 12, 2010**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  ) | Bankruptcy Case No. 10-30461 |
|        ) | Chapter 7 |
| LETICIA B. RAMOS,  ) | |
|        ) | |
|   Debtor.  ) | |
| _____) | |

**<u>AMENDED</u> ORDER GRANTING DEBTOR'S MOTION TO REINSTATE BANKRUPTCY CASE**

On February 11, 2010, Debtor filed the above-captioned bankruptcy case. The case was dismissed on February 23, 2010 due to Debtor's failure to file a statement of social security number and failure to file the list of creditors as required by 11 U.S.C. § 521(a)(1) (the Creditors Matrix). The case was closed on March 26, 2010. On April 3, 2010, Debtor filed a motion to reinstate her bankruptcy case, contending that the failure to file the social security number statement was due to inadvertence of counsel. On April 9, 2010, the court entered an order granting the motion to reinstate (the Order), conditioned upon Debtor's payment of the $260 reopen fee. The Order did not set a deadline for Debtor to file the Creditors Matrix. On April 9, 2010, Debtor paid the reopen fee.

Upon due consideration, the court hereby amends the Order as follows:

1    (1) By no later than April 19, 2010, Debtor shall file a
2 properly completed Creditors Matrix.
3    (2) If Debtor fails timely and fully to comply with paragraph
4 (1) of this order, her bankruptcy case will be dismissed without
5 further notice or hearing.
6    (3) All other provisions of the Order shall remain fully
7 effective.

**\*\*END OF ORDER\*\***

```
 1                    Court Service List
 2  Leticia B Ramos
    2 Moneta Court
 3  San Francisco, CA 94112

 4  George Holland, Jr.
    Law Office of George Holland Jr.
 5  1970 Broadway St. #1030
    Oakland, CA 94612
 6

 7
    PLEASE SERVE ALL CREDITORS
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                           -3-
```

# CERTIFICATE OF NOTICE

```
District/off: 0971-3          User: ltsanders           Page 1 of 1           Date Rcvd: Apr 15, 2010
Case: 10-30461                Form ID: pdfeoc           Total Noticed: 2
```

The following entities were noticed by first class mail on Apr 17, 2010.
db          +Leticia B Ramos,    2 Moneta Court,    San Francisco, CA 94112-4143

The following entities were noticed by electronic transmission on Apr 15, 2010.
cr           E-mail/PDF: gecsedi@recoverycorp.com Apr 16 2010 02:09:57      GE Money Bank,
              c/o Recovery Management Systems Corp.,   25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 17, 2010**                          Signature:      *Joseph Speetjens*