UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: LETICIA B. RAMOS,

Debtor(s)

Bankruptcy No.: **10-30461 SFTC**
R.S. No.:
Hearing Date:
Time:

**FILED**
APR 19 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) **Reinstated**
Date Petition Filed: **April 9, 2010**    Chapter: 7
Prior hearings on this obligation: _____    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____         Source of value: _____
Contract Balance: $_____          Pre-Petition Default: $_____
Monthly Payment: $_____                    No. of months: _____
Insurance Advance: $_____         Post-Petition Default: $_____
                                            No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____    Source of value: _____    If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____            Pre-Petition Default: $_____
As of (date): _____                    No. of months: _____
Mo. payment: $_____            Post-Petition Default: $_____
Notice of Default (date): _____        No. of months: _____
Notice of Trustee's Sale: _____    Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ | | | |
| _____ | | | |
| _____ (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Debtor has no lease, rental agreement and has never paid rent to petitioner for the premises, and the eviction is based on California Civil Code section 1161a in that that the subject property has been sold in a foreclosure sale by the occupant (or person under whom the occupant claims) and title under the sale has been duly perfected.

Dated: 4/14/10

Signature
JOSEPH A. SACRAMENTO, ESQ.
Print or Type Name

Attorney for  Petitioner, PARKER PACIFIC INVESTMENT, LP, a limited partnership, COURT HOUSE STEPS II, LLC a California limited liability company

CANB Documents Northern District of California

Case: 10-30461    Doc# 18    Filed: 04/19/10    Entered: 04/20/10 08:48:52    Page 1 of 1