Form NDC

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| In Re: Leticia B Ramos | Case No.: 10–30461 TEC 7 |
| Debtor(s) | Chapter: 7 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

   **Notice is given** the debtor(s) having failed to comply with this court's AMENDED ORDER GRANTING DEBTORS MOTION TO REINSTATE BANKRUPTCY CASE , filed on April 12, 2010 , it is ordered that this case is hereby **dismissed**.

Dated: 4/20/10                      By the Court:


                      Thomas E. Carlson
                      United States Bankruptcy Judge